CHARLES COSTELLO, Appellant, *v.* SIGNAL TRANSPORTATION CORPORATION, Respondent, Impleaded with Another.

Submitted April 20, 1939; decided May 17, 1939.

*Max Bergman* for appellant.

*E. Edan Spencer* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J.; LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.